Lucy K. Galek (State Bar No. 227237)
Lucy.Galek@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
655 Montgomery St., Ste. 900
San Francisco, California 94111
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY PAOLA VADILLO IBANEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA INC., BEST BUY CO., INC., and DOES 1 TO 20, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-02549<br><br>**DEFENDANT SAMSUNG ELECTRONICS AMERICA INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b)** |

**I.      NOTICE OF REMOVAL**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND ITS ATTORNEY OF RECORD:**

NOTICE IS GIVEN that Defendant **SAMSUNG ELECTRONICS AMERICA INC.** ("Defendant" or "SEA"), a New York Corporation, is removing this civil action from the Superior Court of California, County of Los Angeles, case number 26PSCV00401, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Defendant is filing the notice of removal within 30 days after receipt of the complaint on February

**DEFENDANT SAMSUNG ELECTRONICS AMERICA INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b)**

316136241v.1

16, 2026. The Court has diversity jurisdiction as Plaintiff and the proper Defendants are not citizens of the same state, have complete diversity, and the amount in controversy exceeds $75,000. More specifically, the grounds for removal are as follows:

## II.    BACKGROUND AND PROCEDURAL HISTORY.

1.      On February 3, 2026, Plaintiff WENDY PAOLA VADILLO IBANEZ ("Plaintiff") filed an unverified complaint and thereby commenced an action in the Superior Court of the State of California for the County of Los Angeles, entitled *Wendy Paola Vadillo Ibanez v. Samsung Electronics America Inc., Best Buy Co., Inc., and Does 1 to 20, inclusive,*, Case No. 26PSCV00401 ("State Court Action"). A true and correct copy of the Summons and Unverified Complaint is attached hereto as **Exhibit A.**

2.      SEA was served with a Summons and a copy of the Unverified Complaint in the State Court Action on February 16, 2026. **Exhibit A.**

## III.    TIMELINESS, JOINDER, AND VENUE

3.      This Notice of Removal is being timely filed under 28 U.S.C. § 1446(b). Service of process remains the official trigger for responsive action by named defendants and the "receipt" of a complaint by any other means is not sufficient. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999). Since SEA was served on February 16, 2026, with a Summons and a Copy of the Complaint, this Notice of Removal is timely under 28 U.S.C. § 1446(b) and (c). *See* 28 U.S.C. § 1446(b)(2)(B) ("Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal").

4.      The United States District Court for the Central District of California is the district within which the State Court Action is pending under 28 U.S.C. §§ 1441(a), 1446(a), and is, therefore, the proper venue for this action. Venue is proper in that the boundaries of United States District Court for the Central District of California, pursuant to 28 U.S.C. § 84(b), includes the County of Los Angeles.

/ / /

/ / /

2

**DEFENDANT SAMSUNG ELECTRONICS AMERICA INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b)**

316136241v.1

5.    Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Superior Court of California, County of Los Angeles, and will be served on Plaintiff and upon them being served or appearing, and any other named parties to this action.

6.    This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

### III.    REMOVAL IS PROPER BECAUSE THIS COURT HAS DIVERSITY JURISDICTION.

7.    The Court has diversity jurisdiction over this civil action under 28 U.S.C. § 1332. As detailed below, this action is removable pursuant to 28 U.S.C. § 1441 because there is complete diversity between the proper parties and the amount in controversy exceeds the jurisdictional minimum.

#### A.    The Parties Are Completely Diverse

8.    Defendant SEA is informed and believes Plaintiff is a citizen of California for diversity jurisdiction purposes. Plaintiff is a resident of California. **Exhibit B.**

9.    Defendant SEA is a New York corporation with its principal place of business in New Jersey.

10.    Defendant Best Buy Co., Inc. is incorporated in Minnesota with its principal place of business in Minnesota. **Exhibit C.**

#### B.    The Amount in Controversy Exceeds $75,000.00

11.    The test for determining whether the minimum amount in controversy requirement is whether it is "more likely than not" that plaintiff is seeking to recover more than $75,000 in this action, exclusive of interest and costs. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553 (2014) ("[W]hen a defendant seeks federal-court adjudication, the defendant's amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court.").

11.    While SEA denies any liability as to Plaintiff's claims, this Court's jurisdictional minimum, an amount in controversy in excess of $75,000, is satisfied by the following:

3

**DEFENDANT SAMSUNG ELECTRONICS AMERICA INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b)**

316136241v.1

a.      Plaintiff does not agree that the damages in this case will not exceed $75,000.

**Exhibit D**.

12.     As such, Plaintiff's pleaded allegations and/or actions support that the amount in controversy exceeds the jurisdictional minimum amount of $75,000. Based upon the foregoing, SEA respectfully submits that the amount in controversy exceeds $75,000, and that this action is properly removed to this Court.

**IV.     COPIES OF ALL PROCESS, PLEADINGS, AND ORDERS**

13.     Per 28 U.S.C. § 1446(a), true and correct copies of all pleadings, process, and orders issued in this case are attached as **Exhibit B**.

**V.     ALL DEFENDANTS CONSENT TO REMOVAL**

14.     Per 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served must join in or consent to the removal of the action. In this case, the defendant Best Buy Co., Inc. consents to the removal.

**VI.     DEFENDANT SHALL GIVE WRITTEN NOTICE OF REMOVAL**

15.     Per 28 U.S.C. § 1446(d), promptly after filing the Notice of Removal, SEA shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of the Superior Court of California, County of Los Angeles, which shall effect the removal and proceed no further unless and until the case is remanded.

**VII.     CONCLUSION**

Defendant SEA removes this Action to the United States District Court for the Central District of California

Dated: March 10, 2026                         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LL

By: _____
                                              Lucy K. Galek
                                              Attorneys for Defendant, SAMSUNG ELECTRONICS AMERICA, INC.

4

**DEFENDANT SAMSUNG ELECTRONICS AMERICA INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b)**

316136241v.1

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

| |
|---|
| **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br><br>**Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>2/03/2026 3:26 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By J. Gonzalez, Deputy Clerk** |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Best Buy Co., Inc.; Samsung Electronics America, Inc.; DOES 1 TO 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Wendy Paola Vadillo Ibanez

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
~~Pomona Courthouse South~~
~~400 Civic Center Plaza Pomona CA 91766~~

POMONA COURTHOUSE SOUTH
400 CIVIC CENTER PLAZA
POMONA, CA 91766

**CASE NUMBER:**
*(Número del Caso):*
26PSCV00401

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Fernando Brito Jr., Esq. Law Office of Fernando Brito Jr., A.P.L.C.    15338 Central Ave., Ste. 113 Chino CA 91710-7658 (909) 270-2070

| DATE:<br>*(Fecha)* 02/03/2026 | David W. Slayton, Executive Officer/Clerk of Court | Clerk, by<br>*(Secretario)* J. Gonzalez | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **Samsung Electronics America, Inc.**
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**PLD-PI-001**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**<br>NAME: Fernando Brito Jr., Esq.<br>STATE BAR NUMBER: SBN - 249579<br>FIRM NAME: Law Office of Fernando Brito Jr., A.P.L.C.<br>STREET ADDRESS: 15338 Central Ave., Ste. 113<br>CITY: Chino    STATE: CA    ZIP CODE: 91710-7658<br>TELEPHONE NO.: (909) 270-2070    FAX NO.: (909) 270-2557<br>EMAIL ADDRESS: Fernando@BritoLawOffice.com<br>ATTORNEY FOR (name): Wendy Paola Vadillo Ibanez | **FOR COURT USE ONLY**<br><br>Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>2/03/2026 3:26 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By J. Gonzalez, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
 STREET ADDRESS: 400 Civic Center Plaza
 MAILING ADDRESS:
 CITY AND ZIP CODE: Pomona 91766
 BRANCH NAME: Pomona Courthouse South

 PLAINTIFF: Wendy Paola Vadillo Ibanez

DEFENDANT: Best Buy Co., Inc.; Samsung Electronics America, Inc.

[✓] DOES 1 TO 20

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] **AMENDED** *(Number):*<br>**Type** *(check all that apply):*<br>[ ] **MOTOR VEHICLE**  [✓] **OTHER** *(specify):* Products Liability<br>  [ ] **Property Damage**  [ ] **Wrongful Death**<br>  [✓] **Personal Injury**  [ ] **Other Damages** *(specify):* | **CASE NUMBER:** |
| **Jurisdiction** *(check all that apply):*<br>[ ] **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)<br>  Amount demanded [ ] does not exceed $10,000<br>       [ ] exceeds $10,000<br>[✓] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $35,000)<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | 26PSCV00401 |

1. **Plaintiff** *(name or names):* Wendy Paola Vadillo Ibanez
   alleges causes of action against **defendant** *(name or names):*
   Best Buy Co., Inc.; Samsung Electronics America, Inc.; DOES 1 TO 20

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12<br>www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Vadillo Ibanez v. Best Buy Co., Inc., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☑ **except** defendant (name): **Best Buy Co., Inc.**
 (1) ☐ a business organization, form unknown.
 (2) ☑ a corporation.
 (3) ☐ an unincorporated entity (describe):

 (4) ☐ a public entity (describe):

 (5) ☐ other (specify):

c. ☐ **except** defendant (name):
 (1) ☐ a business organization, form unknown.
 (2) ☐ a corporation.
 (3) ☐ an unincorporated entity (describe):

 (4) ☐ a public entity (describe):

 (5) ☐ other (specify):

b. ☑ **except** defendant (name): Samsung Electronics America, Inc.
 (1) ☐ a business organization, form unknown.
 (2) ☑ a corporation.
 (3) ☐ an unincorporated entity (describe):

 (4) ☐ a public entity (describe):

 (5) ☐ other (specify):

d. ☐ **except** defendant (name):
 (1) ☐ a business organization, form unknown.
 (2) ☐ a corporation.
 (3) ☐ an unincorporated entity (describe):

 (4) ☐ a public entity (describe):

 (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☑ Doe defendants (specify Doe numbers): 1 TO 20    were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☑ Doe defendants (specify Doe numbers): 1 TO 20    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.

b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.

d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**

a. ☐ has complied with applicable claims statutes, **or**

b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE:<br>Vadillo Ibanez v. Best Buy Co., Inc., et al. | CASE NUMBER:<br>26PSCV00401 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

  a. ☐ Motor Vehicle

  b. ☐ General Negligence

  c. ☐ Intentional Tort

  d. ☑ Products Liability

  e. ☐ Premises Liability

  f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

  a. ☑ wage loss.

  b. ☑ loss of use of property.

  c. ☑ hospital and medical expenses.

  d. ☑ general damage.

  e. ☑ property damage.

  f. ☑ loss of earning capacity.

  g. ☑ other damage *(specify):*

    Cost of transportation to and from all medical providers; costs of suit; pre and post judgment interest; any such further relief the Court deems just and proper

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

  a. ☐ listed in Attachment 12.

  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

  a. (1) ☑ compensatory damages.

     (2) ☐ punitive damages.

  b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

    (1) ☑ according to proof.

    (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

  All paragraphs

Date: 02/03/2026

Fernando Brito Jr., Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Vadillo Ibanez v. Best Buy Co., Inc., et al. | |

First _____ **CAUSE OF ACTION—Products Liability**    Page 4 _____
          (number)

ATTACHMENT TO   ☑ Complaint    ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Wendy Paola Vadillo Ibanez

Prod. L-1. On or about *(date):* 02/19/2024          plaintiff was injured by the following product:
**Samsung Model #NX60T8511SS gas range.**

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being

☑ used in the manner intended by the defendants.

☑ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a

☑ purchaser of the product.          ☑ user of the product.

☐ bystander to the use of the product.          ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. ☑ **Count One—Strict liability** of the following defendants who

a. ☑ manufactured or assembled the product *(names):*
**Samsung Electronics America, Inc.**

☑ Does 1 _____ to 20 _____

b. ☑ designed and manufactured component parts supplied to the manufacturer *(names):*
**Samsung Electronics America, Inc.**

☑ Does 1 _____ to 20 _____

c. ☑ sold the product to the public *(names):*
**Best Buy Co., Inc.**

☑ Does 1 _____ to 20 _____

Prod. L-5. ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
**Best Buy Co., Inc.; Samsung Electronics America, Inc.**

☑ Does 1 _____ to 20 _____

Prod. L-6. ☑ **Count Three—Breach of warranty** by the following defendants *(names):*
**Best Buy Co., Inc.; Samsung Electronics America, Inc.**

☑ Does 1 _____ to 20 _____

a. ☑ who breached an implied warranty

b. ☑ who breached an express warranty which was
☑ written    ☑ oral

Prod. L-7. ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment-Prod. L-7 ☑ as follows:
**Best Buy Co., Inc.; Samsung Electronics America, Inc. According to proof**

Page 1 of 1

# EXHIBIT B

## Galek, Lucy K.

| | |
|---|---|
| **From:** | Fernando Brito Jr., Esq. <Fernando@britolawoffice.com> |
| **Sent:** | Wednesday, February 25, 2026 10:04 AM |
| **To:** | Galek, Lucy K. |
| **Cc:** | Joel Brito, Esq.; Stephanie Custodio; Tatarka, Gregg; Shaw, Aaron J.; Touson, Geraldine; Carinio, Jasmine |
| **Subject:** | Re: Ibanez v. Best Buy |

> EXTERNAL EMAIL - This email originated from outside the organization.

Yes.



**Fernando Brito Jr., Esq.**

ATTORNEY

(909) 270-2070
(909) 270-2557
fernando@britolawoffice.com

LAW OFFICE OF FERNANDO BRITO JR.

A Professional Law Corporation
15338 Central Ave., Ste. 113
Chino, CA 91710

www.britolawoffice.com

  

**From:** Galek, Lucy K. <Lucy.Galek@wilsonelser.com>
**Date:** Tuesday, February 24, 2026 at 6:20 PM
**To:** Fernando Brito Jr., Esq. <Fernando@britolawoffice.com>
**Cc:** Joel Brito, Esq. <Joel@britolawoffice.com>, Stephanie Custodio <Stephanie@britolawoffice.com>, Tatarka, Gregg <Gregg.Tatarka@wilsonelser.com>, Shaw, Aaron J. <Aaron.Shaw@wilsonelser.com>, Touson, Geraldine <Geraldine.Touson@wilsonelser.com>, Carinio, Jasmine <Jasmine.Carinio@wilsonelser.com>
**Subject:** RE: Ibanez v. Best Buy

Fernando,

Is plaintiff a resident of California?

1

Thanks,

Lucy

Lucy K. Galek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9243 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
lucy.galek@wilsonelser.com

---

**From:** Fernando Brito Jr., Esq. <Fernando@britolawoffice.com>
**Sent:** Tuesday, February 24, 2026 5:04 PM
**To:** Galek, Lucy K. <Lucy.Galek@wilsonelser.com>
**Cc:** Joel Brito, Esq. <Joel@britolawoffice.com>; Stephanie Custodio <Stephanie@britolawoffice.com>; Tatarka, Gregg <Gregg.Tatarka@wilsonelser.com>; Shaw, Aaron J. <Aaron.Shaw@wilsonelser.com>; Touson, Geraldine <Geraldine.Touson@wilsonelser.com>; Carinio, Jasmine <Jasmine.Carinio@wilsonelser.com>
**Subject:** Re: Ibanez v. Best Buy

EXTERNAL EMAIL - This email originated from outside the organization.

Sorry, see attached.



**Fernando Brito Jr., Esq.**

ATTORNEY

(909) 270-2070
(909) 270-2557
fernando@britolawoffice.com

LAW OFFICE OF FERNANDO BRITO JR.
A Professional Law Corporation
15338 Central Ave., Ste. 113
Chino, CA 91710

www.britolawoffice.com



---

**From:** Galek, Lucy K. <Lucy.Galek@wilsonelser.com>
**Date:** Tuesday, February 24, 2026 at 5:01 PM
**To:** Fernando Brito Jr., Esq. <Fernando@britolawoffice.com>
**Cc:** Joel Brito, Esq. <Joel@britolawoffice.com>, Stephanie Custodio <Stephanie@britolawoffice.com>, Tatarka, Gregg <Gregg.Tatarka@wilsonelser.com>, Shaw, Aaron J. <Aaron.Shaw@wilsonelser.com>,

# EXHIBIT C

## Business Record Details »

Minnesota Business Name
# Best Buy Co., Inc.

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
1K-1056

**Home Jurisdiction**
Minnesota

**Filing Date**
10/20/1966

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2026

**Registered Office Address**
1010 Dale St N
Saint Paul, MN 55117
USA

**Number of Shares**
1,000,400,000

**Registered Agent(s)**
CT Corporation System

**Chief Executive Officer**
Corie S. Barry
7601 Penn Avenue S.
Richfield, MN 55423
United States

**Principal Executive Office Address**
7601 Penn Avenue S.
Richfield, MN 55423
United States

**Comments**
Copies in drawer

### Renewal History

# Renewal History

| Filing Date | Filing |
| --- | --- |
| 03/23/1988 | Annual Renewal - Business Corporation (Domestic) |
| 01/10/1989 | Annual Renewal - Business Corporation (Domestic) |

| Filing Date | Filing |
|---|---|
| 01/02/1990 | Annual Renewal - Business Corporation (Domestic) |
| 11/30/1990 | Annual Renewal - Business Corporation (Domestic) |
| 12/11/1991 | Annual Renewal - Business Corporation (Domestic) |
| 02/11/1993 | Annual Renewal - Business Corporation (Domestic) |
| 02/07/1994 | Annual Renewal - Business Corporation (Domestic) |
| 12/15/1994 | Annual Renewal - Business Corporation (Domestic) |
| 01/02/1996 | Annual Renewal - Business Corporation (Domestic) |
| 01/29/1997 | Annual Renewal - Business Corporation (Domestic) |
| 01/30/1998 | Annual Renewal - Business Corporation (Domestic) |
| 12/09/1999 | Annual Renewal - Business Corporation (Domestic) |
| 01/10/2001 | Annual Renewal - Business Corporation (Domestic) |
| 04/05/2002 | Annual Renewal - Business Corporation (Domestic) |
| 06/09/2003 | Business Corporation (Domestic) Annual Renewal Deferred |
| 01/01/2004 | Business Corporation (Domestic) Annual Renewal Deferred |
| 11/09/2004 | Annual Renewal - Business Corporation (Domestic) |
| 12/29/2005 | Annual Renewal - Business Corporation (Domestic) |
| 12/08/2006 | Annual Renewal - Business Corporation (Domestic) |
| 11/21/2007 | Annual Renewal - Business Corporation (Domestic) |
| 11/08/2008 | Annual Renewal - Business Corporation (Domestic) |
| 10/27/2009 | Annual Renewal - Business Corporation (Domestic) |
| 11/08/2010 | Annual Renewal - Business Corporation (Domestic) |
| 11/7/2011 | Annual Renewal - Business Corporation (Domestic) |
| 8/31/2012 | Annual Renewal - Business Corporation (Domestic) |

| Filing Date | Filing |
|---|---|
| 3/29/2013 | Annual Renewal - Business Corporation (Domestic) |
| 10/27/2014 | Annual Renewal - Business Corporation (Domestic) |
| 10/21/2015 | Annual Renewal - Business Corporation (Domestic) |
| 10/24/2016 | Annual Renewal - Business Corporation (Domestic) |
| 10/24/2017 | Annual Renewal - Business Corporation (Domestic) |
| 10/24/2018 | Annual Renewal - Business Corporation (Domestic) |
| 11/7/2019 | Annual Renewal - Business Corporation (Domestic) |
| 7/1/2020 | Annual Renewal - Business Corporation (Domestic) |
| 12/13/2021 | Annual Renewal - Business Corporation (Domestic) |
| 10/17/2022 | Annual Renewal - Business Corporation (Domestic) |
| 10/31/2023 | Annual Renewal - Business Corporation (Domestic) |
| 10/7/2024 | Annual Renewal - Business Corporation (Domestic) |
| 10/13/2025 | Annual Renewal - Business Corporation (Domestic) |

© 2026 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**
**Vulnerability Disclosure**

# EXHIBIT D

## Galek, Lucy K.

| | |
|---|---|
| **From:** | Galek, Lucy K. |
| **Sent:** | Friday, February 20, 2026 2:50 PM |
| **To:** | Fernando@britolawoffice.com |
| **Cc:** | joel@britolawoffice.com; stephanie@britolawoffice.com; Tatarka, Gregg; Shaw, Aaron J.; Touson, Geraldine; Carinio, Jasmine |
| **Subject:** | Ibanez v. Best Buy |

Fernando,

Thank you for taking my call just now. This confirms that you do not agree that the damages in this case will not exceed $75,000. So, we will move to remove to Federal court.

Also, I've copied our team for this case. Please include them on all service of documents moving forward.

Lucy Galek lucy.galek@wilsonelser.com
Aaron Shaw aaron.shaw@wilsonelser.com
Gregg Tatarka Gregg.tatarka@wilsonelser.com
Geraldine Touson Geraldine.touson@wilsonelser.com

My personal line if you need to reach me for whatever reason is 415.429.4158.

Thanks,

Lucy


Lucy K. Galek
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9243 (Direct)
415.433.0990 (Main)
415.434.1370 (Fax)
lucy.galek@wilsonelser.com

1

**PROOF OF SERVICE**
Wendy Paola Vadillo Ibanez v. Samsung Electronics America Inc. et al.
Central District of California Case No. TBD

I certify that on March 10, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants  in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.  I further certify that a copy of the foregoing document(s) was *emailed* to the person(s) listed below:

| | |
|---|---|
| Fernando Brito, Esq.<br>Joel Brito, Esq.<br>Law Office of Fernando Brito Jr. A.P.L.C.<br>15338 Central Ave., Suite 113<br>Chino, CA 91710<br>T: (909) 270-2070<br>F: (909) 270-2557<br>E: Fernando@britolawoffice.com<br>  Joel@britolawoffice.com<br>  Stephanie@britolawoffice.com | ***Attorneys for Plaintiff***<br>***WENDY PAOLA VADILLO IBANEZ*** |
| R. Derek Classen, Esq.<br>Prindle, Goetz, Barnes & Reinholtz, LLP<br> One World Trade Center<br> Suite 1100<br> Long Beach, CA 90831<br> P: (562) 436-3946<br> E: dclassen@prindlelaw.com<br>  jreal@prindlelaw.com<br>  mbarahona@prindlelaw.com<br>  lgutierrez@prindlelaw.com | ***Attorneys for Defendant***<br>***BEST BUY CO., INC*** |

Executed on March 10, 2026, in San Francisco, California.

Geraldine Touson

5

**DEFENDANT SAMSUNG ELECTRONICS AMERICA INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b)**

316136241v.1